# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,     ) <br>                                         ) <br>        Plaintiffs/Counter-Defendants,   ) <br>                                           ) <br> v.                                            ) <br>                                           ) <br> VMWARE, INC.,                         ) <br>                                           ) <br>        Defendant/Counter-Plaintiff.    ) <br>                                           ) | Case No. 1:20-CV-00457-ADA <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Before this Court is Defendant VMware, Inc. ("VMware") Unopposed Motion to Extend Time to Submit Parties' Markman Tutorials. After considering Defendant VMware's Motion, the request is **GRANTED**. Parties' will have until December 4, 2020 to submit Markman Tutorials.

**SIGNED** this ___ day of _____, 20___.

 

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE