# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC § | |
| § | CIVIL NO: |
| vs. § | AU:20-CV-00457-ADA |
| § | |
| VMWARE INC. § | |

## ORDER RESETTING TIME OF MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** by Zoom on **Friday, December 18, 2020 at 10:00 AM**.

IT IS SO ORDERED this 11th day of December, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE