IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, §<br>     *Plaintiff* §<br> §<br>-v- §<br> §<br>VMWARE INC., §<br>     *Defendant* § | A-20-CV-00457-ADA |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through December 31, 2020 and finds the requested amount ($31,275.00) to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiffs:         $15,637.50
    Defendant:        $15,637.50

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 1st day of January, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE